SAWDY, Respondent, v. VILLAGE OF LIVONIA, Appellant. (Supreme Court, Appellate Division, Fourth Department. February 6, 1900.) Action by Mary A. Sawdy against the village of Livonia. No opinion. Judgment affirmed, with costs, and appeal from the order dismissed, without costs. for the reason that the grounds of the motion are not stated in the order. See Martin v. Indemnity Co., 60 Hun, 535, 15 N. Y. Supp. 309.

SCHMITT, Respondent, v. CITY OF BUFFALO, Appellant. (Supreme Court, Appellate Division, Fourth Department. February 6, 1900.) Action by Jacob Schmitt against the city of Buffalo. No opinion. Judgment affirmed, with costs. All concur, except McLENNAN, J., not voting.

SCHNEE v. POHLE et al. (Supreme Court, Appellate Division, First Department. January 5, 1900.) Action by Minnie Schnee against Edwin C. Pohle and another. No opinion. Motion granted, with $10 costs.

SCHUCHMAN, Respondent, v. CLUB STABLES, Appellant. (City Court of New York, General Term. March 2, 1900.) Action by George Schuchman against the Club Stables. From a judgment for plaintiff, defendant appeals. Affirmed. Scott & Treadwell, for appellant. Leventritt & Brennan, for respondent.

PER CURIAM. The evidence clearly shows that defendant's manager, who had sole charge of its business, ordered plaintiff to render the services and furnish the materials sued for herein, and that the sum claimed was just and reasonable. The judgment is affirmed, with costs.

SCHWARTZ v. JOHNSTON HARVESTER CO. (Supreme Court, Appellate Division, First Department. February 16, 1900.) Action by Rudolph Schwartz against the Johnston Harvester Company. No opinion. Motion granted so far as to transfer papers on appeal on file in this court to the clerk of the Fourth department.

SCHWARTZ, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Term. February 8, 1900.) Action by Louis Schwartz against the Metropolitan Street-Railway Company. From a judgment in favor of plaintiff, defendant appeals. Reversed. Henry A. Robinson, for appellant. J. P. Soloman, for respondent.

PER CURIAM. In this action to recover for personal injuries, contributory fault on the part of the plaintiff was so palpably and clearly established by his own testimony as to render any discussion of the case unnecessary in reversing the judgment. Judgment reversed, and a new trial ordered, with costs to the appellant to abide the event.

LEVENTRITT, J., takes no part.

SEARS, Respondent, v. RUSSELL et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 30, 1900.) Action by Edwin P. Sears, as receiver, etc., against Calvin Russell and others. No opinion. Motion denied, with $10 costs.

SERVIS, Respondent, v. SERVIS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 23, 1900.) Action by Elizabeth H. Servis against George Servis and Matilda Servis. No opinion. Order affirmed, with $10 costs and disbursements.

SHEFFIELD FARMS CO., Appellant, v. TUTHILL, Respondent. (Supreme Court, Appellate Division, Third Department. January 8, 1900.) Action by the Sheffield Farms Company against Horace S. Tuthill. No opinion. Judgment affirmed, with costs.

SIMPSON et al. v. JERSEY CITY CONTRACTING CO. (Supreme Court, Appellate Division, First Department. February 9, 1900.) Action by Louis Simpson and another against the Jersey City Contracting Company. No opinion. Motion to go to court of appeals granted. Questions to be settled on notice. See 61 N. Y. Supp. 1033.

SLEVIN, Appellant, v. UTICA ELECTRIC LIGHT CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. February 16, 1900.) Action by Thomas J. Slevin against the Utica Electric Light Company. No opinion. Judgment affirmed, with costs.

SLOAN et al., Appellants, v. SALAMANCA NAT. BANK, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 30, 1900.) Action by Samuel Sloan and another against the Salamanca National Bank, impleaded, etc. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the court of appeals denied. See 61 N. Y. Supp. 1148.

SMITH, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 23, 1900.) Action by William E. Smith against the New York Central & Hudson River Railroad Copany. No opinion. Order affirmed, with $10 costs and disbursements. See 61 N. Y. Supp. 934.

SMITH et al., Respondents, v. WILL & BAUMER CO., Appellant. (Supreme Court, Appellate Division, First Department. January 5, 1900.) Action by Highbie Smith and another against the Will & Baumer Company. T. Hogan, for appellant. G. E. Blackwell, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. See 59 N. Y. Supp. 482.